# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1004**          **September Term, 2024**

**FCC-23-112**

**Filed On: January 23, 2025** [2096084]

Radio Communications Corporation,

      Petitioner

   v.

Federal Communications Commission and
United States of America,

      Respondents

    **BEFORE:**    Katsas and Childs, Circuit Judges; and Edwards, Senior Circuit Judge

## O R D E R

Upon consideration of petitioner's motion to strike respondent FCC's November 22, 2024 responsive letter, it is

**ORDERED** that consideration of petitioner's motion be deferred pending further order of the court.

### Per Curiam

                                           **FOR THE COURT:**
                                           Clifton B. Cislak, Clerk

                              BY:    /s/
                                          Michael C. McGrail
                                          Deputy Clerk