**Hill & Welch**
**1116 Heartfields Drive**
**Silver Spring, MD 20904**
**202-321-1448**
**welchlaw@earthlink.net**

February 11, 2025

Clifton Cislak, Clerk
United States Court of Appeals for the D.C Circuit
333 Constitution Ave., NW, Room 5205
Washington, DC 20001

Re: ORAL ARGUMENT HEARD November 18, 2024
    Radio Communications Corp. v. FCC, No. 24-1004
    Rule 28(j), Local Rule 28(f) Citation of Supplemental Authority

Dear Mr. Cislak:

FCC Brief at 30 and the Commission's oral argument justify FCC 23-112's failure to address various issues on the ground that "the Commission adequately explained why it was rejecting the majority of RCC's arguments, mentioning RCC nearly 30 times in its order." The Commission's justification based upon repetitive name invocation is not supported by legal authority.

The Commission ignored numerous central premise issues RCC raised including: **1)** 47 U.S.C. § 307(b) requires nationwide licensing, not nationwide license denial; **2)** the Commission improperly altered the LPPA's Designated Market Area (DMA) definition to severely limit the LPPA's benefits and failed to provide a national policy objective achieved by non-nationwide licensing; **3)** RCC's LPPA interpretation that Class A applicant are the subject of the LPPA qualifications section and the LPPA's listed qualifications relate to LPTV operations, they are not "disconnected appendages" of the statutory DMA definition; **4)** in the early 1980s the Commission eliminated suburban licensing rules to foster the growth of TV competition in urban areas; **5)** electrical interference cannot support the Commission's nationwide Class A license denial because eligible applicants already operate and have cleared interference screening; **6)** the First Amendment and 47 U.S.C. § 230 violations arising from FCC 23-112's Class A local

programming restrictions; and **7)** after Congress authorized primary Class A licenses in 1999 (CBPA) and 2023 (LPPA) the Commission never amended the 1993 Section 76.55(c)(1) must-carry rule to include primary Class A licenses in the list of secondary licenses which are excluded from must-carry. RCC Main Brief at 4-5, 25-27, 33-36, 40-41.

The rule is that the Commission must "'examine[] the relevant [considerations] and articulate[] a satisfactory explanation for its action[,] including a rational connection between the facts found and the choice made.'" *Am. Whitewater v. FERC*, 125 F.4th 1139, 2025 U.S. App. LEXIS 830 (CADC 2025) (No. 23-1291), Slip Op. at 12, (decided after briefing on January 14, 2025); RCC Main Brief at 17. The number of times FCC 23-112 mentioned RCC's name has no legal significance nor can the Commission ignore issues merely because it addresses other issues in some manner.

Respectfully submitted,

*[signature: Timothy E. Welch]*

Timothy E. Welch

## Certificate of Compliance

      I certify that Petitioner's Rule 28(j), Local Rule 28(f) Citation of Supplemental Authority is proportionally spaced using 14 point Times New Roman typeface. I certify that this Response contains exactly 348 words as required by F.R.A.P. 28(j) (limiting 28(j) letters to 350 words) including headings, citation strings, footnotes, and quotations, but excluding the items listed in Rule 32(f). I relied upon my word processor, WordPerfect 2021 Version 21.0.0.194, to obtain the word count. I certify that the information on this form is true and correct to the best of my knowledge and belief.


/S/ _____
Timothy E. Welch
Counsel to Radio Communications Corp.


February 11, 2025

**Certificate of Digital Submission and Privacy Redactions**

  Petitioner's Rule 28(j), Local Rule 28(f) Citation of Supplemental Authority has been scanned for viruses with the most recent version of a commercial virus scanning program (Microsoft Defender Antivirus Version 1.421.1825.0, last updated February 11, 2025) and is free of viruses. In addition, I certify that all required privacy redactions have been made.

/S/ *Timothy E. Welch*
 Timothy E. Welch
 Counsel to Radio Communications Corp.

February 11, 2025

**Certificate Of Service**

   I hereby certify that pursuant to F.R.A.P. 25(d) and Circuit Rule 25(f) and 27(a) the Clerk of the Court will serve a copy of the foregoing Rule 28(j), Local Rule 28(f) Citation of Supplemental Authority using the CM/ECF System upon the following:

Adam Sorensen
Sarah E. Citrin
General Counsel's Office
Federal Communications Commission
445 12th Street, S.W.
Washington, D.C. 20554

Robert B. Nicholson
Alice A. Wang
Antitrust Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Room 3224
Washington, D.C. 20530

Courtesy service through undersigned counsel's email.

/S/ _____
  Timothy E. Welch
  February 11, 2025