**Hill & Welch**
**1116 Heartfields Drive**
**Silver Spring, MD 20904**
**202-321-1448**
**welchlaw@earthlink.net**

February 22, 2025

Clifton Cislak, Clerk
United States Court of Appeals for the D.C. Circuit
333 Constitution Ave., NW, Room 5205
Washington, D.C. 20001

Re: ORAL ARGUMENT HEARD November 18, 2024
    Radio Communications Corp. v. FCC, No. 24-1004
    Rule 28(j), Local Rule 28(f) Citation of Supplemental Authority

Dear Mr. Cislak:

A total of nine LPPA Class A upgrade applications have been filed thus far, out of 1,889 licensed LPTV stations (9÷1,889*100=0.48%), FCC 23-112 ¶ 3, Apdx. 00005; the Commission has granted six of them. Each application was granted after briefing in No. 24-1004. *See* Attached LMS "Search Results - Application."[1]

Three of the granted Class A upgrade applications involve LPTV stations located in St. Joseph, MO and contain nearly identical, single sentence interference demonstrations stating: "[Station call sign] complies with applicable interference requirements and has so certified in this application." KNPN-CD File No. 0000252261; KNPG-CD File No. 0000252260; KCJO-CD File No. 0000252300.

One granted Class A application, WTLW-CD located in Lima, OH, File No. 0000068365 also contains a single sentence interference demonstration stating: "The attachments

---

[1] The File Numbers are clickable and lead to the application.

provided in support of this application also demonstrate the station's ability to comply with the interference requirements applicable to existing Class A stations."[2]

Two other granted Class A upgrade applications contain computer generated interference studies, providing much more interference information than the Commission requires. *See* WAMS-CD File No. 0000258747 located in Minster/New Bremen, OH, and WPNM-CD File No. 0000258746 located in Leipsic, OH.

RCC has maintained, including at oral argument, that electrical interference is not a significant Class A licensing issue because eligible LPTV stations already exist in the electromagnetic environment and have already cleared the Commission's interference screen. RCC Main Brief at 29 & n.13, 40; RCC Reply at 6-9; Apdx. at 00078, 00081 n.11, 00082-83 & n.9. The Commission never responded to RCC's "already exists" interference argument. Instead, FCC Brief at 10, 33, and the Commission's oral argument presentation, misinform that interstate interference is a significant issue in Class A license processing, substantially affecting interstate commerce. Clearly that is not the case, the Commission's Class A licensing actions are based upon superficial interference information.

Respectfully submitted,

Timothy E. Welch

---

[2] The other exhibits attached to that application generally relate to transmitter/programming logs, but they do not appear to discuss interference. It is unclear how any of that material demonstrates anything regarding interference-free operation.

## Certificate of Compliance

I certify that Petitioner's Rule 28(j), Local Rule 28(f) Citation of Supplemental Authority is proportionally spaced using 14 point Times New Roman typeface. I certify that this Response contains exactly 347 words as required by F.R.A.P. 28(j) (limiting 28(j) letters to 350 words) including headings, citation strings, footnotes, and quotations, but excluding the items listed in Rule 32(f). I relied upon my word processor, WordPerfect 2021 Version 21.0.0.194, to obtain the word count. I certify that the information on this form is true and correct to the best of my knowledge and belief.

/S/ *Timothy E. Welch*
Timothy E. Welch
Counsel to Radio Communications Corp.

February 22, 2025

## Certificate of Digital Submission and Privacy Redactions

Petitioner's Rule 28(j), Local Rule 28(f) Citation of Supplemental Authority has been scanned for viruses with the most recent version of a commercial virus scanning program (Microsoft Defender Antivirus Version 1.423.43.0, last updated February 22, 2025) and is free of viruses. In addition, I certify that all required privacy redactions have been made.

/S/ *Timothy E. Welch*
Timothy E. Welch
Counsel to Radio Communications Corp.

February 22, 2025

**Certificate Of Service**

      I hereby certify that pursuant to F.R.A.P. 25(d) and Circuit Rule 25(f) and 27(a) the Clerk of the Court will serve a copy of the foregoing Rule 28(j), Local Rule 28(f) Citation of Supplemental Authority using the CM/ECF System upon the following:

Adam Sorensen
Sarah E. Citrin
General Counsel's Office
Federal Communications Commission
445 12th Street, S.W.
Washington, D.C. 20554

Robert B. Nicholson
Alice A. Wang
Antitrust Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Room 3224
Washington, D.C. 20530

Courtesy service through undersigned counsel's email.

/S/ _____
    Timothy E. Welch
    February 22, 2025

# Licensing and Management System

## Search Results - Application

Refine Search Results | Clear Search Results
**Purpose:** Convert from LPTV to Class A  **Included:** Amendments

Showing 1 to 9 of 9

Download Results: Excel | CSV

| PDF | File Number | Submit Date | Call Sign | Facility ID | FRN | State | City | Service | Purpose | Status | Status Date | Expiration Date | Active/InActive |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0000266875 | 02/19/2025 | WETN-LD | 51284 | 0007696727 | CT | ALLINGTOWN | Digital Class A | Modification of License | Pending | 02/19/2025 | 04/03/2023 | Active |
| | 0000258746 | 12/02/2024 | WPNM-CD | 21476 | 0018282269 | OH | LEIPSIC | Digital Class A | Modification of License | Granted | 01/14/2025 | 10/01/2029 | Active |
| | 0000258747 | 12/02/2024 | WAMS-CD | 70612 | 0018282269 | OH | MINSTER/NEW BREMEN | Digital Class A | Modification of License | Granted | 01/14/2025 | 10/01/2029 | Active |
| | 0000252261 | 08/23/2024 | KNPN-CD | 188056 | 0021454004 | MO | SAINT JOSEPH | Digital Class A | Modification of License | Granted | 10/09/2024 | 02/01/2030 | Active |
| | 0000252260 | 08/23/2024 | KNPG-CD | 188055 | 0021454004 | MO | SAINT JOSEPH | Digital Class A | Modification of License | Granted | 10/09/2024 | 02/01/2030 | Active |
| | 0000252300 | 08/26/2024 | KCJO-CD | 188057 | 0021454004 | MO | SAINT JOSEPH | Digital Class A | Modification of License | Granted | 10/09/2024 | 02/01/2030 | Active |
| | 0000252107 | 08/22/2024 | KQRE-LD | 189246 | 0006885586 | OR | BEND | Digital Class A | Modification of License | Pending | 08/22/2024 | 02/01/2023 | Active |
| | 0000246074 | 06/11/2024 | WTLW-CD | 74373 | 0004378071 | OH | LIMA | Digital Class A | Modification of License | Granted | 07/30/2024 | 10/01/2029 | Active |
| | 0000247734 | 07/09/2024 | WQIZ-LD | 49181 | 0003020260 | OH | ASHLAND | Digital Class A | Modification of License | Pending | 07/09/2024 | 10/01/2021 | Active |

‹‹First  ‹Prev  1  Next›  Last››

Attachment 1 -- No. 24-1004
Page 1 of 4

Technical problems or trouble accessing the system? Submit a help request for assistance or contact (877) 480-3201 or TTY: (717) 338-2824

| | | |
|---|---|---|
| Federal Communications Commission | Website Policies & Notices | About the FCC | Consumer |
| 45 L Street NE | Privacy Policy | Proceedings & Actions | Enforcement |
| Washington, DC 20554 | FOIA | Licensing & Databases | Inspector General |
| | No Fear Act Data | Reports & Research | International |
| Phone: 1-888-225-5322 | FCC Digital Strategy | News & Events | Media |
| TTY: 1-888-835-5322 | Open Government Directive | For Consumers | Public Safety |
| Fax: 1-866-418-0232 | Plain Writing Act | | Wireless |
| Contact Us | RSS Feeds & Email Updates | | Wireline |
| | Accessibility | | Offices |

The Station submits as Exhibit A documentation in the form of "as-runs" generated by the Station's traffic system demonstrating that the programs listed above aired on the relevant days. Ninety (90) "as-run" reports, one for each day October 7, 2022, through January 5, 2023, are included with Exhibit A.[4] The program name "News Press Now" (or "News-Press Now") with the relevant time period (e.g., News Press Now @ 5:30) is listed in the far right column while the date and time period is displayed in far left column.[5]

*Documentation of On-Air Status at Least 18 Hours Per Day During 90 Days Preceding January 5, 2023.* KNPN-LD operates 24 hours each day, seven days a week. The "as-run" reports submitted as Exhibit A also demonstrate that the Station was fully operational and broadcasting for at least 18 hours each day during the period October 7, 2022 through January 5, 2023.[6] The first entry for each day's "as-run" report shows program content starting at 5:00AM, runs through 11:59PM, and ends at 4:59AM the following day. Commercial, station ID, and other breaks also appear on the report. As noted, these reports demonstrate what was actually broadcast on the Station and, as such, prove the Station was operating on the dates and at the times listed.

The Station also submits as Exhibit B electricity bills from the Station's transmitter site for the months October 2022 through January 2023, further demonstrating that the KNPN-LD transmitter located at 1721 South 16th Street, Saint Joseph, was consistently operating and using power during the relevant time period.[7]

*Meets Applicable Interference Requirements.* KNPN-LD complies with applicable interference requirements and has so certified in this application.[8]

*Operates in Market Serving Under 95,000 TV Households.* KNPN-LD is licensed to and serves the St. Joseph DMA (Nielsen DMA number 201), which had 45,420 TV households as of

---

[4] Each month is separately uploaded, resulting in four parts to Exhibit A. Separate dated files for each of the 90 days are available and can be submitted outside LMS if desired.

[5] In a few cases the news program name is not listed in the far right. However, in these cases there is generally a code stating "ONPN9PNEWSTU" to indicate News Press Now news in the second column from the left.

[6] *See LPPA R&O*, ¶¶ 18, 23.

[7] *See LPPA R&O*, ¶ 25. The transmitter site location is a rented site where commonly owned LPTV stations KNPG-LD and KCJO-LD are also located.

[8] *See LPPA R&O*, ¶¶ 29, 31.



1844 Baty Rd., Lima, OH 45807

June 3, 2024

To Whom It May Concern:

American Christian Television Services, Inc. (ACTS), owner of WTLW-LP, requests Class A status as per the Low Power Protection Act (LPPA). Our organization has been broadcasting in the Lima, Ohio DMA since 1982. As a non-affiliated independent TV station, local programming has been a priority for 41 years. Past local programming includes: local news; weather; sports; community and social issue reporting; youth-focused content featuring the arts, academic quizzing, and moral ethics.

WTLW-LP meets the following criteria for application as required by the LPPA for the 90-day period from October 7, 2022, to January 5, 2023:

1. The station must have broadcast at least 18 hours per day.

   ***WTLW-LP was on the air for at least 18 hours per day during the entire 90-day window. See attached program logs for October through December 2022 and January 2023.***

2. The station must have broadcast three hours per week, on average, of locally produced programming (i.e., programming produced "within the predicted noise-limited contour of a Class A station.

   ***WTLW-LP exceeded the minimum requirement of an average of three hours per week of locally produced programming. See attached Program Logs and "WTLW Local Programs" table.***

3. The station must have been in compliance with the Commission's requirements applicable to LPTV stations.

   ***WTLW-LP complied with all FCC requirements applicable to LPTV stations.***

4. The station must operate within a DMA serving less than 95,000 households.

   ***WTLW-LP broadcasts from Lima, Ohio within the Lima DMA (#190, 68,880 households).***

The attachments provided in support of this application also demonstrate the station's ability to comply with the interference requirements applicable to existing Class A stations.