**Hill & Welch**
**1116 Heartfields Drive**
**Silver Spring, MD 20904**
**202-321-1448**
**welchlaw@earthlink.net**

March 10, 2025

Clifton Cislak, Clerk
United States Court of Appeals for the D.C. Circuit
333 Constitution Ave., NW, Room 5205
Washington, D.C. 20001

Re: ORAL ARGUMENT HEARD November 18, 2024
    Radio Communications Corp. v. FCC, No. 24-1004
    Rule 28(j), Local Rule 28(f) Citation of Supplemental Authority

Dear Mr. Cislak:

The Third Circuit recently held in a February 2025 decision that

> The canon against surplusage counsels against adopting interpretations that render a statute superfluous, void, or insignificant. . . . And [w]hen a statutory construction render[s] an entire subparagraph meaningless . . . the canon against surplusage applies with special force.

*United States v. Milchin*, No. 24-1484, 128 F.4th 199, 2025 U.S. App. LEXIS 2647 (CA3 2025) (internal quotes omitted).

The Commission's interpretation of the Low Power Protection Act ("LPPA") ignores, and renders superfluous, 47 U.S.C. § 307(b)'s nearly century-old nationwide licensing mandate, even though all Class A eligible LPTV stations were licensed under that statutory provision. *See e.g.* RCC Main Brief at 4, 13, 19-23, 26, 31, 35, 40-41 (Section 307(b) "serves as the lynchpin for allocating broadcast licenses across the nation. *See Report and Order*, 93 F.C.C.2d at 438"); RCC Reply at 23, 24.

At oral argument the Commission dismissed transformative, nation-altering Section 307(b) as inconsequential, having nothing "in particular to say about low power television, about designated market areas, and so it's just sort of a background principle." Equally dismissive FCC Brief at 26-27 asserts that there are a "myriad" of potential factual considerations that cannot be anticipated under Section 307(b). However, FCC Brief cites no facts which could possibly render Section 307(b)'s nationwide licensing mandate superfluous. In any event, the "myriad" of Section 307(b) factual considerations were addressed years ago "at initial [LPTV] licensing" and LPTV licenses "already occupy the spectrum." *See e.g.* RCC Brief at 40 citing RCC's rulemaking comments at App. 00078.

The Commission never explained why "Congress would waste its time for the purpose of affecting such a marginal impact." FCC 23-112 n.173, App. 00024. The Commission's interpretation renders the LPPA meaningless, denying its benefits to more than 98% of the Nation's population, but the Commission utterly failed to identify a national purpose served by its extremely limited, non-nationwide Class A licensing scheme. RCC Main Brief at 25-26 & n.11. FCC 23-112's nationwide Class A license denial program improperly maintains the status quo which existed **before** Congress enacted the LPPA.

Respectfully submitted,

*Timothy E. Welch*

Timothy E. Welch

## Certificate of Compliance

I certify that Petitioner's Rule 28(j), Local Rule 28(f) Citation of Supplemental Authority is proportionally spaced using 14 point Times New Roman typeface. I certify that this Response contains exactly 350 words as required by F.R.A.P. 28(j) (limiting 28(j) letters to 350 words) including headings, citation strings, footnotes, and quotations, but excluding the items listed in Rule 32(f). I relied upon my word processor, WordPerfect 2021 Version 21.0.0.194, to obtain the word count. I certify that the information on this form is true and correct to the best of my knowledge and belief.

/S/ _____
Timothy E. Welch
Counsel to Radio Communications Corp.

March 10, 2025

**Certificate of Digital Submission and Privacy Redactions**

      Petitioner's Rule 28(j), Local Rule 28(f) Citation of Supplemental Authority has been scanned for viruses with the most recent version of a commercial virus scanning program (Microsoft Defender Antivirus Version 1.423.318.0, last updated March 10, 2025) and is free of viruses. In addition, I certify that all required privacy redactions have been made.

/S/_____
Timothy E. Welch
Counsel to Radio Communications Corp.

March 10, 2025

**Certificate Of Service**

       I hereby certify that pursuant to F.R.A.P. 25(d) and Circuit Rule 25(f) and 27(a) the Clerk of the Court will serve a copy of the foregoing Rule 28(j), Local Rule 28(f) Citation of Supplemental Authority using the CM/ECF System upon the following:

Adam Sorensen
Sarah E. Citrin
General Counsel's Office
Federal Communications Commission
445 12th Street, S.W.
Washington, D.C. 20554

Robert B. Nicholson
Alice A. Wang
Antitrust Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Room 3224
Washington, D.C. 20530

Courtesy service through undersigned counsel's email.

/S/ _____
    Timothy E. Welch
    March 10, 2025