**Hill & Welch**
**1116 Heartfields Drive**
**Silver Spring, MD 20904**
**202-321-1448**
**welchlaw@earthlink.net**

May 5, 2025

Clifton Cislak, Clerk
United States Court of Appeals for the D.C. Circuit
333 Constitution Ave., NW, Room 5205
Washington, D.C. 20001

Re: ORAL ARGUMENT HEARD November 18, 2024
 Radio Communications Corp. v. FCC, No. 24-1004
 Rule 28(j), Local Rule 28(f) Citation of Supplemental Authority

Dear Mr. Cislak:

The purpose of Section 307(b), Low Power TV ("LPTV"), and the Low Power Protection Act ("LPPA") is nationwide licensing of competitive, primary Class A stations to protect LPTV licenses. *See e.g.*, RCC Main Brief at 4-5, 32 n.15, 37-38, 40-41 ("FCC 23-112 fails to respond to RCC's argument that the Commission has failed for '40+ years . . . to protect the diversity of marketplace voices' and as a result has created dangerous 'information bubbles' which adversely affect millions of Americans"). Rather than "protect[ing] LPTV and [] creat[ing] nationwide Class A licenses," FCC 23-112 ¶ 38, Apdx. 00024-25, denied protective Class A licensing nationwide and explicitly risks nearly all LPTV licenses to protect full-power TV licenses the LPPA does not even reference. *See e.g.*, RCC Main Brief at 3, 27.

The Commission's May 1, 2025 *FCC News From The Federal Communications Commission*, copy attached, issued without reservation, under the Commission's banner, and through the Commission's official daily releases, reasserts the Commission's 40+ year-old commitment to "protect local journalism and rein in corporate media monopolies . . . curb the financial power of legacy media giants, support independent broadcasters

1

. . . ensure fair competition and give local stations a fighting chance," commitments FCC 23-112 ¶ 38 completely abandoned. The *FCC News* links to an article, copy attached, promoting "communities and stations serving the people," mirroring RCC's argument that "the FCA's purpose is the provision of broadcast services to communities of people." FCC 23-112's nationwide DMA exclusion Class A licensing plan "literally authoriz[es] Class A service to everywhere, except those places where people are located." RCC Main Brief at 14, 32.

FCC 23-112 changed course regarding media concentration and media competition without "supply[ing] a reasoned analysis." RCC Main Brief at 17, 27, 40-41. RCC's Class A licensing plan, predicated upon Section 307(b)'s nationwide community licensing mandate, "satisfies all regulatory, statutory, and constitutional concerns," simultaneously addressing the Commission's decades-old media deconcentration and media competition policies. RCC Main Brief at 19-23 & n.10, 31; RCC Reply at 9-10, 25-26. The *FCC News* highlights FCC 23-112's failure to address media concentration and competition and FCC 23-112's improper nullification of the LPPA.

Respectfully submitted,

*/s/ Timothy E. Welch*

Timothy E. Welch

## Certificate of Compliance

I certify that Petitioner's Rule 28(j), Local Rule 28(f) Citation of Supplemental Authority is proportionally spaced using 14 point Times New Roman typeface. I certify that this Response contains exactly 349 words as required by F.R.A.P. 28(j) (limiting 28(j) letters to 350 words) including headings, citation strings, footnotes, and quotations, but excluding the items listed in Rule 32(f). I relied upon my word processor, WordPerfect 2021 Version 21.0.0.194, to obtain the word count. I certify that the information on this form is true and correct to the best of my knowledge and belief.

/S/ _____Timothy E. Welch_____
Timothy E. Welch
Counsel to Radio Communications Corp.

May 5, 2025

## Certificate of Digital Submission and Privacy Redactions

      Petitioner's Rule 28(j), Local Rule 28(f) Citation of Supplemental Authority has been scanned for viruses with the most recent version of a commercial virus scanning program (Microsoft Defender Antivirus Version 1.427.629.0, last updated May 5, 2025) and is free of viruses. In addition, I certify that all required privacy redactions have been made.

/S/ *Timothy E. Welch*
Timothy E. Welch
Counsel to Radio Communications Corp.

May 5, 2025

**Certificate Of Service**

      I hereby certify that pursuant to F.R.A.P. 25(d) and Circuit Rule 25(f) and 27(a) the Clerk of the Court will serve a copy of the foregoing Rule 28(j), Local Rule 28(f) Citation of Supplemental Authority using the CM/ECF System upon the following:

Adam Sorensen
Sarah E. Citrin
General Counsel's Office
Federal Communications Commission
445 12th Street, S.W.
Washington, D.C. 20554

Robert B. Nicholson
Alice A. Wang
Antitrust Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Room 3224
Washington, D.C. 20530

Courtesy service through undersigned counsel's email.

/S/ _____
    Timothy E. Welch
    May 5, 2025



**Media Contact:**
Gavin M. Wax, (202) 418-2332
Gavin.Wax@fcc.gov

**For Immediate Release**

### FCC COMMISSIONER SIMINGTON & CHIEF OF STAFF WAX OUTLINE TRUMP-ALIGNED PLAN TO HIT FAKE NEWS

WASHINGTON, D.C. May 1st, 2025—FCC Commissioner Nathan A. Simington and his Chief of Staff, Gavin M. Wax, have co-authored a new op-ed in *The National Pulse* calling for a cap on reverse retransmission fees as a bold measure to protect local journalism and rein in corporate media monopolies.

In the piece, Commissioner Simington and Wax propose limiting reverse retransmission fees to 30%, arguing that such a cap would curb the financial power of legacy media giants, support independent broadcasters, and restore integrity to America's media landscape.

*"This is about hitting the fake news where it hurts: their bottom line,"* said Commissioner Simington. *"Capping reverse retransmission fees is a practical and necessary reform to ensure fair competition and give local stations a fighting chance."*

The op-ed comes amid renewed calls from President Trump to hold corporate media accountable and follows a broader push for media reform among policymakers and the public.

Read the full article [here](here).

For more information about the Federal Communications Commission, visit:
[www.FCC.gov](www.FCC.gov)

Follow Commissioner Simington on X and Instagram: @SimingtonFCC

###

**Office of Commissioner Nathan A. Simington**
[www.fcc.gov/about/leadership/nathan-simington](www.fcc.gov/about/leadership/nathan-simington)



ON THE PULSE:  WE ARE 100% RELIANT ON VOLUNTARY CONTRIBUTIONS. READ MORE.

## The National Pulse.
RADICALLY INDEPENDENT.

Saturday, May 3, 2025

**DONATE NOW!**

 The Pulse

 Analysis

 Streaming

Sign in    Unlock pulse+

Analysis only on pulse+



**SIMINGTON & WAX: Trump vs CBS is Just the Start. Here's How to Hit the Fake News Where It Really Hurts...**

NATHAN SIMINGTON AND GAVIN WAX



**THE SCENE: D.C.'s Nerd Prom Weekend in Trump's America – In Pictures.**

 THE NATIONAL PULSE



**Canada on Track to See Anti-Trump, China-Friendly Govt as Election Enters Final Week.**

CHRISTOPHER TOMLINSON



MAY 1, 2025   NATHAN SIMINGTON AND GAVIN WAX   ANALYSIS

# SIMINGTON & WAX: Trump vs CBS is Just the Start. Here's How to Hit the Fake News Where It Really Hurts...

President Donald J. Trump has once again thrown down the gauntlet against the corporate media—this time by taking CBS to court. His bold litigation has exposed what millions of Americans already know: the mainstream media is not a neutral institution but a political weapon used to silence, smear, and control. But we must go beyond the courtroom to move from outrage to reform. It's time to hit fake news where it hurts most: **financially**.

The Federal Communications Commission (FCC) should cap reverse retransmission fees (revenue that local TV stations pay back to their affiliated broadcast networks) at 30 percent to protect local broadcasters, lower consumer costs, and strike a decisive blow against the corrupt media cartel.





REJOICE!

JACK MONTGOMERY

Videos only on     SEE ALL



**Fleccas Talks Podcast Ep 258: Islam is Taking Over Texas!**

 Fleccas Talks



**Fleccas Talks Bonusland: Black Spaghetti**

 Fleccas Talks: Bonus Land



**Fleccas Talks Bonusland: Painful Injury**

 Fleccas Talks: Bonus Land



Excessive reverse retransmission fees are among the least understood but most abused levers in the modern media economy. Reforming them concretely realigns our communications infrastructure with the public interest and President Trump's America First agenda.

## HOW THEY WORK.

These fees (and ad sales) generate revenue for broadcasters that they use to run their operations and produce local journalism. However, media conglomerates like Paramount Global, the parent company of CBS, have begun charging what's known as "reverse" retransmission fees to broadcasters. The networks demand a share of broadcasters' revenue for the right to use their content. This practice was once unheard of, but some networks now regularly require more than one hundred percent of broadcasters' retransmission fees as "reverse" fees, leaving broadcasters to sustain themselves solely on whatever ad sales they can make with their limited inventory (also capped by the networks, and often amounts to only a few minutes of airtime per hour).

This funnels more and more money out of local markets and local journalism and into the hands of mega media corporations, who threaten broadcasters with content blackouts if they don't get sky-high payouts.

This problem gets even **worse** with providers like YouTube TV and Hulu Live. Under their affiliate agreements with the networks, local affiliates can't even negotiate for online providers to carry the content. The networks do it for them and pay the affiliates whatever they deem reasonable (sometimes, nothing). This gives the networks total control over streaming distribution while robbing local stations of revenue and autonomy in the rapidly growing online video space.

What was once a mechanism to support hometown news is now a corporate racket. Instead of investing in local reporters, meteorologists, and producers, local broadcasters' funds are siphoned to bloated national newsrooms that churn out anti-Trump propaganda and woke talking points. Meanwhile, higher cable bills pass the cost to everyday Americans.

## HIT 'EM WHERE IT HURTS.

Light    Dark



Fleccas Talks Podcast Ep 257: Disney Announces Their Next FLOP!

Fleccas Talks

President Trump's lawsuit against CBS underscores the ideological warfare these media giants are waging. They've abandoned any pretense of objectivity, acting instead as political operatives with studios. Capping reverse retransmission fees at 30 percent is not just a technical tweak; it's a strategic strike on these bad actors' financial foundations.

We must return power to the communities and stations serving the people. Local broadcasters provide vital coverage—emergency alerts, school board meetings, small business spotlights—that you'll never find on CNN or MSNBC. They reflect the values of the towns and cities they serve. However, the incentives shift when a national corporation owns the local affiliate. Content becomes homogenized. Narratives are imported. Local journalists lose editorial independence, and viewers get New York news with a local logo slapped on top.

We limit these national behemoths' ability to weaponize local stations as bargaining chips and ideological delivery systems by capping reverse retransmission fees. We restore breathing room for independent broadcasters and stop the endless consolidation cycle that has gutted journalism in rural and working-class communities.

The FCC can solve both of these issues.

It has the authority to cap reverse retransmission fees and rein in Big Tech and network dominance by eliminating their unfair advantage over local broadcasters. Whether through traditional cable or streaming platforms, the Commission must act decisively to level the playing field.

This reform is in the same spirit as President Trump's efforts to break up Big Tech, bring back American manufacturing, and take on the pharmaceutical lobby. It's a populist solution to a top-down problem. It reduces costs, decentralizes power, and reorients the system to serve the needs of regular Americans, not just media executives and political elites.

**THE PUBLIC FIGHT.**



Light  Dark

Critics will claim this is "government interference." That's nonsense. The airwaves are public property to which the government grants broadcast licenses to companies that serve the public interest. When national corporations abuse that privilege by hoarding retransmission profits, forcing the slashing of local news staff, and pumping out politicized content, it is not only appropriate for the FCC to step in; it is necessary.

Just as President Trump stood up to China on trade, he now stands up to CBS on the truth. His lawsuit has opened a vital lane for real reform. Capping reverse retransmission fees gives that legal challenge policy teeth. It weakens the media's monopoly, strengthens local stations, and ensures that taxpayer-owned airwaves serve the public, not the D.C. cocktail circuit.

Make no mistake: this is a fight for the soul of the American media. National networks have shown they cannot be trusted. They've censored stories, smeared dissenters, and openly campaigned against conservative candidates. The only remaining check on their power is at the local level, and even that is slipping away under the weight of retransmission extortion.

If we want a media that informs instead of indoctrinates and represents communities instead of manipulating them, we must go upstream to the funding model. Capping reverse retransmission fees is the cornerstone of that effort. And if the networks try to make an end-run by demanding an unfair cut in ad sales, restricting available airtime for local news and weather, or prohibiting broadcasters from trying to reach new audiences through alternative distribution channels, then the FCC should be prepared to step in and stop it.

President Trump was elected with a mandate to put the American people back in charge. Capping reverse retransmission fees does just that. It ensures your local news stays local, your cable bill stays lower, and your country remains free from corporate media control.

Let's follow President Trump's lead, end the fake news grift, and get to work capping reverse retransmission fees for the good of our country, our communities, and our future.

*Nathan A. Simington is a Commissioner of the Federal Communications Commission. Gavin M. Wax is Chief of Staff and Senior Advisor to Commissioner Simington and the co-author of 'The Emerging Populist Majority'.*





# By Popular Demand.

THE NATIONAL PULSE NOW HAS AN ON-SITE COMMENTS SECTION FOR MEMBERS. SIGN UP TODAY AND BE PART OF THE CONVERSATION IN OUR COMMUNITY OF ALMOST 15,000.

CLICK TO LEARN MORE.

© 2023 Pulse Media Group     Log In   Privacy Policy   About   Contact   Jobs   Official Enquiries.   Terms of Service



Light | Dark