# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 24-1004                                  September Term, 2024

FCC-23-112

**Filed On:** June 27, 2025

Radio Communications Corporation,

        Petitioner

    v.

Federal Communications Commission and
United States of America,

        Respondents

    **BEFORE:**    Katsas and Childs, Circuit Judges; Edwards, Senior Circuit Judge

## O R D E R

Upon consideration of petitioner's motion to strike FCC's November 22, 2024 response; and petitioner's motions for judicial notice, it is

**ORDERED** that the motions be dismissed as moot in light of the court's opinion issued herein this date.

### Per Curiam

                                                **FOR THE COURT:**
                                                Clifton B. Cislak, Clerk

                              BY:    /s/
                                       Daniel J. Reidy
                                       Deputy Clerk